UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PROSE SHIPPING LTD., et al.,                                :
                                                            :
                                        Plaintiffs,         :
                                                            :
                          -against-                         :
                                                            :
INTEGR8 FUELS INC.                                          :
                                                            :
                                        Defendant.          :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/2021

21-cv-341 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On April 16, 2021, the parties filed a joint letter indicating a dispute over when discovery should begin. (Doc. 17.) I referred the case to Magistrate Judge Wang for resolution of the discovery issue. (Doc. 19.) In the same letter, Plaintiffs indicated that they intended to file a motion for summary judgment as soon as possible, and requested that I set a briefing schedule. (Doc. 17.) The parties are therefore directed to file a proposed briefing schedule on Plaintiffs' summary judgment motion by May 20, 2021. Accordingly, it is hereby:

ORDERED that by May 20, 2021, the parties file a proposed briefing schedule on Plaintiffs' summary judgment motion.

SO ORDERED.

Dated: May 17, 2021
        New York, New York

Vernon S. Broderick
United States District Judge